[Civ. No. 6509.  First Appellate District, Division One.—January 9, 1929.]

W. E. DEAN, Appellant, v. MIDLAND FARMS COMPANY (a Corporation) et al., Respondents.

John Anthony McGee for Appellant.

Robt. H. Schwab for Respondents.

SPENCE, J., *pro tem.*—This is an action to declare a trust and for an accounting. The cause was tried by the court without a jury and judgment was entered in favor of the plaintiff and against defendants. Upon motion by defendants, the court made its order granting a new trial, from which order plaintiff appeals.

Since the amendment in 1915 of section 963 of the Code of Civil Procedure, an order granting a new trial is no longer an appealable order except "in an action or proceeding tried by a jury where such trial by jury is a matter of right." (*McGoldrick* v. *Visalia Midway Oil Co.,* 58 Cal. App. 280 [208 Pac. 334]. See, also, *Diamond* v. *Superior Court,* 189 Cal. 732, 739 [210 Pac. 36]; *Furlow Pressed Brick Co.* v. *Balboa Land & Water Co.,* 186 Cal. 754, 760 [200 Pac. 625]; *Nason* v. *Shinjo,* 72 Cal. App. 530 [137 Pac. 559].)

This cause does not fall within the class of cases in which an appeal from an order granting a new trial is permitted.

The appeal is dismissed.

Tyler, P. J., and Knight, J., concurred.